**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ford Motor Co., | No. 02-CV-1100-PCT-PGR |
| Plaintiff, | |
| v. | **ORDER** |
| Joe R. Todecheene, as the surviving natural parent of Esther Todecheene, deceased; Mary Todecheene, as the surviving natural parent of Esther Todecheene, deceased; Navajo Nation District Court; The Honorable Leroy S. Bedonie, | |
| Defendants. | |

Having considered the parties' Stipulation (Doc. 43), and good cause appearing therefor,

IT IS HEREBY ORDERED dismissing the above-entitled matter with prejudice, each party to bear its own fees and costs.

DATED this 31st day of August, 2009.

Paul G. Rosenblatt
United States District Judge